# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Terrell Louis Laducer, | ) | |
| | ) | Case No. 1:15-cr-184 |
| Defendant. | ) | |

On June 10, 2016, the court entered an "Order Setting Conditions of Release" allowing defendant, Terrell Louis Laducer to be released to the Bismarck Transition Center ("BTC") in Bismarck, North Dakota. See Docket No. 113. It also directed the United States Marshal to transport defendant to BTC. Id.

The court has now been informed that Rolette County has an active warrant for defendant and intends to execute it upon defendant's release from federal custody. The court hereby **ORDERS** that defendant shall be released from federal custody to Rolette County on its active warrant. Upon his release from Rolette County's custody, defendant shall immediately contact Pretrial Services Officer Todd Pope at (701) 530-2407 for instructions and, if there is no longer space available to him at BTC, surrender to the United States Marshal's office in Minot, North Dakota. Upon his surrender to the United States Marshal, defendant shall be remanded into custody of the Attorney General or her designated representative pending further proceedings and possible confinement later halfway house confinement.

Dated this 14th day of June, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court