# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Terrell Louis Laducer, | ) | Case No. 1:15-cr-184 |
| Defendant. | ) | |

On July 29, 2016, defendant's retained counsel, attorney Alex Reichert, filed a "Motion to Withdraw as Counsel." As grounds for withdrawal, he cited, amongst other things, defendant's failure to comply with pay arrangements.

Previously, the court determined that defendant qualified for representation under 18 U.S.C. § 3006A. Accordingly, the court shall appoint Alex Reichert to represent defendant in this matter. The motion to withdraw (Docket No. 126) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court